# RECEIVED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAN 2 4 2012

**THOMAS G BRUTON**
**CLERK, U.S DISTRICT COURT**

DETRICK DESHUN CULLUM

_____

_____

HON. REBECCA R. PALLMEYER

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _IIC 4416_____
(To be supplied by the Clerk of this Court)

COOK COUNTY, ILLINOIS, COOK COUNTY

HEALTH AND HOSPITAL SYSTEM, TOM DART,

DR. AVERY HART, DR. YAN K. YU DO CHS. ADMINISTRATOR

PHARMACIST KAREN XIONG-CHAN, C. SMITH

DR. ANDREW DE FUNIAK, SGT LUCAS

PARIS
OFF. PATTERSON COMMANDER MICHEAL DARCY

(Enter above the full name of ALL CERMAK HEALTH SERVICES OF COOK COUNTY
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:       AMENDED COMPLAINT

____√____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name: _DETRICK CULLUM (DESHUN)_ M.I.

B.  List all aliases: _DETRICK PETTY , MARCUS MARQUEZ_

C.  Prisoner identification number: _M22036_

D.  Place of present confinement: _BIG MUDDY RIVER CC_

E.  Address: _251 N. IL. HWY 37 INA.IL. 62846_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _COOK COUNTY ILLINOIS_

Title: _COUNTY OF COOK_

Place of Employment: _ILLINOIS_

B.  Defendant: _TOM DART_

Title: _HEAD SHERIFF OF COOK COUNTY ILLINOIS_

Place of Employment: _COOK COUNTY (DEPARTMENT OF CORRECTIONS)_

C.  Defendant: _DR. AVERY HART_

Title: _SUPERVISING DOCTOR OF CERMAK HEALTH CARE SERVICES_

Place of Employment: _CERMAK HEALTH SERVICES OF COOK COUNTY_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.   **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    **A.** D  Defendant: _PARIS PATTERSON_____

        Title: _OFFICER / R/O_____

        Place of Employment: _COOK COUNTY DEPARTMENT OF CORRECTIONS_

    **B.** E  Defendant: ~~COMM.~~ MICHEAL DARCY_____

        Title: _COMMANDER_____

        Place of Employment: _COOK COUNTY DEPARTMENT OF CORRECTIONS_

    **C.** F  Defendant: _COOK COUNTY HEALTH AND HOSPITAL SYSTEM_

        Title: _COOK COUNTY HEALTH AND HOSPITAL SYSTEM_

        Place of Employment: _COUNTY OF COOK_____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

G. DEFENDANT: ANDREW DE FUNIAK

TITLE: DOCTOR

PLACE OF EMPLOYMENT: CERMAK HEALTH SERVICES OF COOK COUNTY. (COOK COUNTY JAIL)

H. DEFENDANT: YAN K. YU DO

TITLE: DOCTOR

PLACE OF EMPLOYMENT: CERMAK HEALTH SERVICES OF COOK COUNTY. (COOK COUNTY JAIL)

I. DEFENDANT: KAREN XIONG CHAN

TITLE: PHARMACIST

PLACE OF EMPLOYMENT: CERMAK HEALTH SERVICES OF COOK COUNTY. (COOK COUNTY JAIL)

J. DEFENDANT: LUCAS

TITLE: SERGEANT

PLACE OF EMPLOYMENT: COOK COUNTY DEPARTMENT OF CORRECTIONS.

K. DEFENDANT: CERMAK HEALTH SERVICES OF COOK COUNTY.

TITLE: CERMAK HEALTH SERVICES OF COOK COUNTY.

PLACE OF EMPLOYMENT: COUNTY OF COOK (COOK COUNTY JAIL)

L. DEFENDANT: C. SMITH

TITLE: DOCTOR/SUPERVISORY AUTHORITY OF CERMAK/RESPONDER TO GRIEVANCES

PLACE OF EMPLOYMENT: CERMAK HEALTH SERVICES OF COOK COUNTY (COOK COUNTY JAIL)

M. DEFENDANT: CERMAK HEALTH SERVICE ADMINISTRATOR

TITLE: CERMAK HEALTH SERVICE ADMINISTRATOR

PLACE OF EMPLOYMENT: CERMAK HEALTH SERVICES OF COOK COUNTY

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ *N/A*

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ *N/A*

D. List all defendants: _____ *N/A*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____ *N/A*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A*

I. Approximate date of disposition: _____ *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFF DETRICK CULLUMS 14TH/8TH AMENDMENT RIGHTS OF THE U.S. CONSTITUTION WERE VIOLATED BY DEFENDANTS, COOK COUNTY ILLINOIS COOK COUNTY HEALTH AND HOSPITAL SYSTEM, CERMAK HEALTH SERVICES OF COOK COUNTY, TOM DART, PARIS PATTERSON, SGT LUCAS, MICHEAL DARCY, DR. C. SMITH CHS/ADMIN. ANDREW DE FUNIAK, DR. YAN K. YUDO, DR. AVERY HART, AND PHARMACIST KAREN XIONG CHAN, DURING THE INCIDENT AS A WHOLE. PARTS OF THE VIOLATIONS OCCURED ON MULTIFARIOUS DATES THAT WILL BE PRESENTED THROUGHOUT THE STATEMENT OF THIS CLAIM.

1. DETRICK CULLUM A PRETRIAL DETAINEE OF COOK COUNTY JAIL WAS SUBJECTED TO/EXPERIANCED DELIBERATE INDIFFERENCE JAN. 22, 2011 ON BEHALF OF C.C.D.O.C. EMPLOYEE OFFICER PARIS PATTERSON OF THE 7 TO 3 PM. SHIFT IN DIVISION ONE TIER D-1 (SCHOOL WING). PLAINTIFF DETRICK CULLUM REPEATLY APPRISED OFF. PATTERSON THAT HE WAS VERY SICK AND IN EXCRUCIATING PAIN. PLAINTIFF POINTED OUT THAT VOMITING OF BLOOD WAS INDUCED BY THIS SICKNESS AND THAT HE NEEDED MEDICAL ATTENTION IMMEDIATELY. MR. PATTERSON WITNESSED THE VOMIT IN THE TOILET AND TOLD PLAINTIFF "YOU WILL BE OK." PLAINTIFF CONTINUED TO ASK FOR MEDICAL ATTENTION, OFFICER PATTERSON IGNORED PLAINTIFF AND WALKED AWAY.

Revised 9/2007

PLAINTIFF THEN ASK'S INMATE THOMPSON WHOS SIGNED THE AFFIDAVIT TO TELL MR. PATTERSON AGAIN THAT HE'S VERY SICK ~~VOM~~ AND IN PAIN. OFFICER PATTERSON TELLS INMATE THOMPSON, ACCORDING TO INMATE THOMPSON HES NOT DOING ANY PAPER WORK AND TO TELL THE NEXT SHIFT. PLAINTIFF SUFFERED FOR HOURS AND DID NOT ACTUALLY SEE A DOCTOR UNTIL 12:00 AM THAT ~~NIGHT~~ MORNING VOMITING AND PAIN CONTINUED. PLAINTIFF CONTINUED TO TRY TO GET MEDICAL ATTENTION, OFFICER PATTERSON CONTINUALLY DENIED PLAINTIFFS PLEADING WITH HIM FOR MEDICAL ATTENTION THUS CAUSING PLAINTIFF TO UNDERGO PAIN AND SUFFERING AND CAUSING DELIBERATE INDIFFERENCE ON BEHALF OF MR. PATTERSON, VIOLATING PLAINTIFFS 14TH/8TH AMENDMENT RIGHTS OF THE CONSTITUTION. MR PATTERSON IS RESPONSIBLE AS THE OFFICER SUPERVISING THE TIER, TO MAKE SURE DETAINEES RECIEVE MEDICAL CARE PROMPTLY/IMMEDIATELY AFTER ~~OBSERVING~~ WHAT HE HEARD AND OBSERVED HE IS NOT A DOCTOR; WHO IS HE TO SAY PLAINTIFF WAS NOT **DIEING**. I ASK THAT THIS RECKLESS MALICIOUS CONDUCT NOT BE OVERLOOKED.

2. PLAINTIFF DETRICK CULLUM WAS SUBJECTED TO/UNDERWENT PAIN AND SUFFERING FROM THE RESULT OF INADEQUATE MEDICAL CARE WHICH AMOUNTS TO A DENIAL OF CARE ON BEHALF OF CERMAK HEALTH SERVICES OF COOK COUNTY IN WHICH DR. AVERY HART IS SUPERVISOR THEREOF AND RESPONSIBLE FOR. PLAINTIFF WAS APPRISED THAT CERMAK HEALTH SERVICES IS NOT AN ENTITY OF COOK COUNTY JAIL BUT OF COOK COUNTY. THEREFORE CERMAK HEALTH SERVICES DENIAL OF CARE AND INADEQUATE HEALTH CARE WOULD FALL ON THE RESPONSIBILITY OF DR. AVERY HART COOK COUNTY AND COOK COUNTY HEALTH AND HOSPITALS SYSTEMS AS WELL AS TOM DART.

Revised 9/2007

THIS DENIAL AND INADEQUACY CAUSED DEF PLAINTIFF TO SUFFER FOR DAYS

FROM A DEADLY VIRUS KNOWN AS THE FLU/H1N1, WHICH FALLS BELOW CONSTITUTIONALLY

MANDATED STANDARDS ACCORDING TO THE DEPARTMENT OF JUSTICE REPORT AND THE US.

CONSTITUTION AND A VIOLATION OF PLAINTIFFS RIGHTS.

PLAINTIFF DETRICK CULLUM WAS DETAINED IN CERMAKS HEALTH SERVICES

DIVISION 8 JAN. 22ND 2011 TO BE ISOLATED FROM OTHER INMATES

SO HE COULD NOT INFECT THEM WITH THE VIRUS HE OBTAINED. UPON AN EARLY

RELEASE 1-24-2011 PLAINTIFF WAS PRESCRIBED TAMIFLU/OSELTAMIVIR BY DR. DEFUNIAK

A FLU MEDICINE TO BE TREATED WHICH WAS NOT RECIEVED AT ALL.

PLAINTIFF WAS RELEASED FROM DIV. 8 WITHOUT ANY MEDICATION AND STILL

HAD THE VIRUS UPON RELEASE. UPON WAITING FOR FLU MEDICATION A FEW DAYS

PLAINTIFF BEGAN TO FEEL THE SAME SYMPTOMS COMING BACK AND BECOMING

WORSE THAN TWO DAYS AGO, HE THEN BEGAN TO ASK OFFICER ROCCO, OTHER

OFFICERS, AND SERGEANTS ABOUT HIS MEDICATION AND INFORMING THEM OF HIS PAIN

THEY ALL REFUSED TO HELP ME

NONE OF THEM DID ANYTHING EXCEPT FOR OFFICER ROCCO OF E-2 BETWEEN

1-26-2011 ~ 2-8-2011 (ONE OF THOSE DAYS) HE SENT PLAINTIFF OFF TIER E-2 DOWNSTAIRS

ON WHAT IS CALLED THE BOULEVARD TO SGT. LUCAS. PLAINTIFF THEN APPRISES SGT. LUCAS

THAT HE HAS THE FLU AND DID NOT RECIEVE HIS MEDICATION AND IS STILL VERY

SICK AND HAVING A LOT OF PAINS AND CANT EAT FOR SORE THROAT AND FEAR OF

VOMITING AND CANT SLEEP BECAUSE OF PAIN. SGT LUCAS REPLYS GO BACK UP

TO YOUR TIER IT WILL COME (MEDICINE) PLAINTIFF THEN EXPLAINS

HE HAS BEEN WAITING AND CAN HE SEND PLAINTIFF BACK TO DIV. 8 BECAUSE

THE PAIN HES FEELING IS VERY SEVERE. SGT LUCAS REPEATS GO BACK TO TIER

**6**

Revised 9/2007

PLAINTIFF THEN AGAIN COMPLAINS OF HIS PAIN, THIS IS WHEN SGT LUCAS SAYS WHILE SHAKING UP HIS MACE "I BET THIS MAKES YOU FORGET ABOUT YOUR PAIN, GO BACK TO YOUR TIER THAT'S A DIRECT ORDER", PLAINTIFF THEN ASK'S THREATENING TO CAN INFLICT MORE PAIN UPON PLAINTIFF. PLAINTIFF THEN ASK'S SGT LUCAS CAN HE PLEASE JUST SEND HIM BACK TO D-1 (SCHOOL WING) BECAUSE HIS JUDGE MANDATED HE GO TO SCHOOL SGT LUCAS THEN COMPLYS WITH DETAINEE'S REQUEST BUT GETS HIM NO SORT OF MEDICAL ATTENTION. THUS SHOWING DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED, A DENIAL OF CARE, AND PLACING PLAINTIFF AT A SERIOUS RISK OF FUTURE HARM. PLAINTIFF SUBMITTED A NUMBER OF REQUEST SLIPS AND MEDICAL REQUEST SLIPS INFORMING CERMAK AND THE DOCTORS RESPONSIBLE FOR PLAINTIFFS TREATMENT THAT HE IS IN PAIN AND HAS NOT RECIEVED HIS MEDICINE THIS ONE OCCURED 1-26-2011 THERE WERE VARIOUS OTHER DATES AS WELL. NO ACTION ON PART OF CERMAK OR THE DOCTORS RESPONSIBLE FOR PLAINTIFFS TREATMENT OCCURED AT ALL, HOWEVER PLAINTIFF DID SEE NURSE ON YEACHONAM ON 2-19-2011 IN RESPONSE TO ONE ALMOST A MONTH LATER THIS AMOUNTS TO A DENIAL OF OF THE REQUEST SLIPS PLAINTIFF SUBMITTED. PLAINTIFF APPRISED NURSE CARE AND IS INADEQUATE ON YEACHONAM THAT HE HAD ALREADY SUFFERED AND IS FEELING BETTER HEALTHCARE BUT DID POINT OUT THAT HE HAD A SERIOUS COUGH SHE TOLD PLAINTIFF SHE COULD DO NOTHING WITHOUT A DOCTORS CONSENT AND THAT I WOULD FURTHER DENYING CARE, SEE ONE 2-21-2011 I DID NOT SEE THIS DOCTOR AT ALL (JOHN DOE) WHICH I SAY WOULD FALL ON THE RESPONSIBILITY OF DR AVERY HART THAT DOCTORS SUPERVISOR, COOK COUNTY, AND TOM DART AS DOCUMENTED BY THE DEPARTMENT OF JUSTICE.

7

PLAINTIFF BELIEVES THAT HE CAUGHT THE INFLUENZA AS A RESULT OF IT

BEING UNSANITARY IN COOK COUNTY JAIL, FOR EXAMPLE, AS DOCUMENTED BY

DEPARTMENT OF JUSTICE AND PLAINTIFFS EXPERIANCE OF THESE CONDITIONS,

MICE, COCKROACHES, FECES WITH E COLI LEAKING FROM PIPES AND JUST PLAIN

FILTH. THIS CAN ALSO BE PROVEN BY FURTHER INVESTIGATION.

CERMAK HEALTHCARE SERVICES AND DR. AVERY HART AS SUPERVISOR ARE                AND C. SMITH/CHS ADMIN

RESPONSIBLE FOR MAKING SURE PRESCRIPTIONS ARE FILLED AND DISTRIBUTED

TO DETAINEES IN A TIMELY FASHION AS SUPERVISOR MR. HART HAD A

CORRESPONDING DUTY TO MAKE SURE CERMAK HEALTH SERVICES IS RAN

AND OPERATED ACCORDING TO THE CONSTITUTIONAL STANDARDS OF CARE

THIS WOULD ALSO FALL ON THE RESPONSIBILITY OF COOK COUNTY HEALTH AND

HOSPITAL SYSTEM AND COOK COUNTY BECAUSE CERMAK HEALTH SERVICES IS AN

ENTITY OF BOTH. PLAINTIFF COULD HAVE POSSIBLY FACED PERMANENT PARALYSIS

IN CERTAIN AREAS, MENTAL DAMAGE, PERMANENT BODILY HARM INTERNALLY

AND MAYBE EVEN DEATH WHICH IS A MORE THAN SERIOUS MATTER BECAUSE

OF THESE INADEQUACYS AND DENIAL OF CARE. I ASK THAT THESE

GROSSLY NEGLIGENT ACTIONS NOT BE OVERLOOKED.

3  DR ANDREW DEFUNIAK WAS RESPONSIBLE FOR THE CARE OF PLAINTIFF IN THAT

HE PRESCRIBED MEDICATION TO PLAINTIFF AND HAD A CORRESPONDING DUTY    1-23-2011

TO MAKE SURE PLAINTIFF RECIEVED THAT MEDICATION AND TO CHECK-UP/FOLLOW-UP

WITH PLAINTIFF TO MAKE SURE THAT PLAINTIFF IS IN STABLE CONDITION

AND HAS IN FACT BEEN TREATED. DR. DEFUNIAK STATED THAT PLAINTIFF

CAN DC THAT NIGHT IF AFEBRILE CONTINUED TAMI FLU COURSE

**8**

SAYING THAT TO SAY I ONLY CAN LEAVE MEDICAL WING IF I CONTINUED FLU
COURSE HE WAS PRESCRIBING FOR PLAINTIFF TO TAKE. PLAINTIFF DID NOT RECIEVE
THAT MEDICATION THEREFORE PLAINTIFF WAS NOT SUPPOSED TO LEAVE THAT
MEDICAL WING. BY DR. DEFUNJAK NOT TAKING HIS JOB AND RESPONSIBILITY
TO MAKE SURE PLAINTIFF RECIEVED THIS MEDICINE AND DID NOT SO MUCH AS
SCHEDULE AN FOLLOW-UP TREATMENT HE PLAYED HIS PART IN THE INADEQUATE
OF MEDICAL CARE THAT VIOLATES THE CONSTITUTION THAT THE
DEPARTMENT OF JUSTICE REPORTS. I ASK THAT THIS NEGLIGENT BEHAVIOR
NOT BE OVERLOOKED. DR. JOHN DOE INTENTIANALLY DENIED PLAINTIFF
MEDICAL ATTENTION 2-21-2011 WHEN THE NURSE ON YEACHONAM DOCUMENTED
PLAINTIFF OBTAINED FLU AND DID NOT RECIEVE HIS MEDICATION AT ALL
AND STILL HAS A SEVERE COUGH AND SCHEDULED PLAINTIFF TO SEE A DOCTOR
BECAUSE ONLY A DOCTOR CAN HANDLE THAT SORT OF THING IN HER OPINION.
THIS DOCTOR WAS RESPONSIBLE FOR MAKING SURE HE SCREENED PLAINTIFF
2-21-2011 TO SEE IF HE WAS IN STABLE CONDITION OR AT LEAST RESCHEDULE
BUT INSTEAD DOCTOR JOHN DOE OPTED NOT TO MAKE ANY ATTEMPT.
ATTEMPT TO SEE PLAINTIFF PERIOD AND NEVER DID SEE PLAINTIFF,
THUS DENYING HIM MEDICAL CARE AND PLAYING HIS PART IN
INADEQUATE CARE THAT THE DEPARTMENT OF JUSTICE SPEAKS OF
THIS I BELIEVE WOULD FALL BACK ON THE RESPONSIBILTY OF DR. AVERY HART AND
BECAUSE HE IS SUPERVISOR OF THIS INDIVIDUAL AND MY GRIEVANCES
WE'RE SEEN BY DR HEART AND HE FOUND NOTHING WRONG WITH
THE TREATMENT/MISTREATMENT PLAINTIFF RECIEVED IN THIS WHOLE EVENT

9

THIS WOULD ALSO FALL ON C. SMITH HE SIGNED PLAINTIFFS GRIEVANCE AND APPEAL I BELIEVE HE IS THE CHS (CERMAK HEALTH SERVICE) ADMINISTRATOR HE CLEARLY ACKNOWLEDGED MY GRIEVANCE AS A NON EMERGENCY AFTER I STATED I HAD THE FLU AND DID NOT RECIEVE PROPER CARE AT ALL. HE ALSO FELT THAT APPROPRIATE CARE / SERVICES HAVE
AND STELL WAS SICK
BEEN GIVEN EVEN THOUGH RECORDS SHOW THAT PLAINTIFF HAD FLU A TEMP. OF 102.7, AND DID NOT RECIEVE MEDICATION AT ALL. THAT
C. SMITHS / CHS ADMIN                                              / CHS ADMIN
WAS HIS / HER ANSWER, I BELIEVE THAT INSTEAD C. SMITH SHOULD HAVE EXCERCIZED HIS / HER SUPERVISORY / ADMINISTRATIVE AUTHORITY
NOT
TO MAKE SURE PLAINTIFF RECIEVED PROPER CARE, THUS BY DOING THIS AND CONDONING ALL OF THE DOCTORS INVOLVED ACTIONS
CHS ADMIN
AND STATING PROPER CARE HAS BEEN PROVIDED C. SMITH HAS TURNED A BLIND EYE TO THE WAY PLAINTIFF WAS MISTREATED AND BY THAT ANSWER APPROVES OF THE TREATMENT THAT WAS NOT GIVEN WHEN RECORDS CLEARLY SHOW THAT PLAINTIFF NEVER RECIEVED HIS
THESE ACTIONS OF C.SMITH VIOLATE LAW
CHS ADMIN
PRESCRIBED MEDICATION. I BELIEVE THIS FALLS ON COOK COUNTY AS WELL FOR THIS WIDE SPREAD PRACTICE OF INADEQUATE MEDICAL CARE AND ESTABLISHED IT AS A CUSTOM BY FORCE. ACCORDING TO THE DEPARTMENT OF JUSTICE AND HAS BEEN VIOLATING THE RIGHTS OF DETAINEES SINCE 1974, I BELIEVE THIS FALLS ON TOM DART AS WELL IN AS MUCH AS THE DEPARTMENT OF JUSTICE APPRISED HIM OF INADEQUATE MEDICAL CARE IN OVER A DOZEN FIELDS IN JUNE 17 2008 / JUNE 11 2008 AND THIS CONSTITUTIONAL

Revised 9/2007

DEPRIVATION STILL EXIST TO CAUSE DE PLAINTIFF TO HAVE TO SUFFER FROM IT. ALL OF THE AFORE SAID VIOLATES THE UNITED STATES CONSTITUTIONS STANDARDS OF CARE AND CAUSED PLAINTIFFS 19TH AMEND RIGHT TO BE VIOLATED BY THE FOLLOWING DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED, TURNING A BLIND EYE, CONDONING AND APPROVING ILLEGAL ACTIVITY BY A SUPERVISORY OFFICIAL AND/OR AUTHORITY, DELIBERATE INDIFFERENCE TO A FUTURE RISK OF HARM, AND A DENIAL OF MEDICAL CARE AND PRACTICING A WIDESPREAD INADEQUATE MEDICAL CARE AND ESTABLISHING IT AS CUSTOM WITH THE FORCE OF LAW,

5. DR. YAN K YU,DO WAS RESPONSIBLE FOR ORDERING PLAINTIFFS PRESCRIPTION 1-23-2011 AND MAKING SURE IT GOT TO PLAINTIFFS RESIDENCE IN DIV. ONE TO BE DISTRIBUTED TO HIM. DR YAN DID NOT FULFILL THIS DUTY. THE MEDICATION DOESN'T ARRIVE LATE IT NEVER ARRIVES AT ALL EVEN THOUGH PLAINTIFF PUT IN MEDICAL REQUEST SLIPS TELLING THESE DOCTORS THAT HE DID NOT RECIEVE THIS MEDICATION - NURSE ONYEACHONAM TOLD PLAINTIFF HIS MEDICATION IS NOT EVEN IN DIV. ONE AT ALL. DR. YAN K. YUDO AS THE ORDERING DOCTOR WAS RESPONSIBLE FOR ORDERING THE PRESCRIBED MEDICATION AND FOWARDING IT TO DIV ONE TO PLAINTIFF NEGLECTING TO DO SO HAS CAUSED PLAINTIFF TO GO THROUGH UNECESSARY PAIN AND SUFFERING AND RESULTS IN A DENIAL OF TREATMENT AND INADEQUATE MEDICAL CARE THE DEPART OF JUSTICE SPEAKS OF AND VIOLATES CONSTITUTIONAL STANDARDS OF CARE AND VIOLATES PLAINTIFFS 19TH/8TH AMEND. RIGHT. IT WAS NOT FOUND OUT THAT PLAINTIFF DID NOT RECIEVE HIS MEDICATION UNTIL 5/19/2011

16

EVEN THOUGH PLAINTIFF HAS BEEN COMPLAINING OF IT. THUS SHOWING FURTHER NEGLIGENCE

6. PHARMICIST KAREN XIONG CHAN WAS RESPONSIBLE FOR ACTUALLY DISTRIBUTING MEDICATION TO PLAINTIFF PERSONALLY OR DELIVERING IT TO WHOM EVER DELIVERS IT TO PLAINTIFF I KNOW THAT IT IS ONE DOCTORS DUTY TO ORDER DR YAN YUOO THE OTHER TO PRESCRIBE DR DE PUNIAK AND THE PHARMICIST DUTY TO FILL THE PRESCRIPTION AND DISTRIBUTE THE MEDICATION THIS ALL HAPPENED 1-23-2011 AND IT IS ALSO THEIR OBLIGATORY RESPONSIBILITY THAT COMES WITH THEIR JOB DESCRIPTION AND OATH/CREED OR MISSION/VISION STATEMENT TO MAKE SURE DEFN PATIENT IS TREATED FAIRLY AND ADEQUATELY. BY DETAINEE/PLAINTIFF NOT RECIEVEING HIS PRESCRIBED MEDICATION THEY HAVE ALL (THE AFORE SAID DOCTORS) FAILED THEIR DUTY AND THAT AMOUNTS TO A DENIAL OF CARE AND INADEQUATE HEALTHCARE THAT THE D.O.J. STATES FALL BELOW CONSTITUTIONAL STANDARDS THUS VIOLATES THE CONSTITUTION. THEIR IS NO EXCUSE FOR THESE IMMODERATE ACTIONS I APPRISED THE DEFENDANTS ADNAUSEUM BY WAY OF REQUEST SLIPS, GRIEVANCE, APPEAL OF THAT GRIEVANCE AND ORALLY AND NOTHING WAS YET TO BE DONE. I FELT LIKE THEY WERE TELLING ME SUFFER, AND THAT VIOLATES PLAINTIFFS 14TH/8TH AMEND. RIGHTS.

7. C.SMITH /CHS ADMIN. SIGNED PLAINTIFFS GRIEVANCE SHOWING THAT HE NOW HAS PERSONAL KNOWLEDGE OF PLAINTIFF NOT RECIEVING HIS FLU MEDICATION AT ALL. YET AND STILL IS SICK C.SMITH /CHS ADMIN APPROVES OF THIS STATING APPROPRIATE CARE/SERVICES HAVE BEEN PROVIDED 5-06-11 WHEN A RESEARCH OF THE RECORD WOULD TEND TO SHOW C.SMITH/CHS ADMIN THAT PLAINTIFF DID NOT RECIEVE HIS MEDICATION

12

WITH THAT RESEARCH BEING DONE AND SEEING THAT PLAINTIFF INFACT DID NOT RECIEVE HIS MEDICATION AND COMPLAINED THAT HE STILL HAS SYMPTOMS, C. SMITH/CHS ADMIN. SHOULD HAVE DONE WHAT THEIR JOB DUTY MANDATES THEY DO AND MADE SURE PLAINTIFF WAS CALLED TO CERMAK TO AT LEAST SEE IF HES IN STABLE CONDITION BUT C. SMITH/CHS ADMIN DOES NOT DO THAT HE TURNS A BLIND EYE TO WHAT PLAINTIFF IS SAYING IN GRIEVANCE AND CONDONES HIS DOCTORS CONSTITUTIONAL DEPRIVING ACTIONS AND APPROVES OF THEM ALONG WITH RECOGNIZING THAT WHAT PLAINTIFF WAS SAYING IF NOT AN EMERGENCY - WHO IS HE TO SAY THAT WHEN NO CHECK-UP WAS DONE. THESE ACTIONS ARE A DENIAL OF CARE, DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED AND DELIBERATE TO A FUTURE RISK OF SERIOUS HARM AND THAT AMOUNTS TO INADEQUATE MEDICAL CARE THE D.O.J DOCUMENTS. (7) THE DEFENDANT COOK COUNTY ILLINOIS UNLAWFULLY HARMED ME BY ESTABLISHING A WIDESPREAD PRACTICE OF THAT IS SO PERMANENT AND WELL SETTLED AS TO CONSTITUTE CUSTOM OR USAGE WITH THE FORCE OF LAW, WHICH ARE ITS LIVING CONDITIONS OF PLAINTIFF EXPERIANCED) WHICH ARE PIPES WITH FECES LEAVING FROM CIELINGS WHICH IM ALLEDGING SPREADS E-COLI, CORK ROACHES, MICE CARRYING DISEASE RUNNING ABOUT HIGH LEAD DEPOSITS IN DIV. ONE (A REALLY OLD BUILDING) FILTH AND JUST INHUMANE AND UNSANITARY, WHICH ARE VIOLATIONS OF THE US. CONSTITUTION AND STATUTES OF THE STATE OF ILLINOIS, ALSO FOR THE INADEQUATE MEDICAL HEALTH CARE PG. 42 OF THE D.O.J. SUMMARY INVESTIGATION REVEALS. THIS HAS BEEN PRACTICED IN COOK COUNTY AND IS SO WELL SETTLED AS TO CONSTITUTE CUSTOM OR USAGE WITH THE FORCE OF LAW AND IS MORE THAN A MERE ISOLATED EVENT.

13

WHICH IS A VIOLATION OF THE US. CONSTITUTION. IN WHICH THIS ULTIMATELY EFFECTED PLAINTIFF AND CAUSED HIS CONSTITUTIONAL RIGHTS TO BE DEPRIVED OF HIM, AND CAUSED HIM PAIN AND SUFFERING BY THE CONDITIONS THAT ARE BELIEVED BY PLAINTIFF TO HAVE CAUSED HIS ILLNESS. ITS KNOWN BY A LAY PERSON FILTH CAUSES ILLNESS AND DISEASE IN ADDITION PLAINTIFF LIVED IN THESE CONDITIONS PERIOD. TOM DART IS RESPONSIBLE IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR PLAINTIFF EXPERIANCING [BIENG SUBJECTED TO] THIS SITUATION AS A WHOLE. REASON BEING THE US. DOJ. (DEPARTMENT OF JUSTICE) NOTIFIED DART SOMETIME IN JULY OF 2008 AND A RECENT DATE IN 2010 THATS UNKNOWN AT MOMENT THAT THEY CONDUCTED AN INVESTIGATION OF THE COOK COUNTY JAIL WITH EXPERT CONSULTANTS IN MANY FIELDS, TO BE PRECISE IN MY OWN MATTER, COSTODIAL, MEDICAL AND MENTAL CARE. THIS INVESTIGATION APPRISED TOM DART ON PG.92 THAT JAIL OFFICIALS ARE RESPONSIBLE FOR PROVIDING ADEQUATE MEDICAL CARE TO INMATES AND THAT A JAIL MAYNOT DENY OR INTENTIONALLY INTEFFRE WITH TREATMENT. THE DOJ APPRISED TOM DART THAT COOK COUNTY JAIL FALLS BELOW CONSTITUTIONALLY REQUIRED STANDARDS OF CARE. SHERIFF DART HAS PERSONAL KNOWLEDGE OF INADEQUATE MEDICAL HEALTHCARE IN OVER A DOZEN AREAS. ONCE THIS WAS BROUGHT TO HIS ATTENTION HE MUST NOT IGNORE] AND I DONT THINK IT WOULD HAVE BEEN BROUGHT TO MR. DARTS ATTENTION IF DOJ. FELT NOTHING CAN BE DONE OR HE WASNT THE CORRECT AUTHORITY TO ADRESS. TOM DART YET REFRAINED TO TAKE INITIATIVE TO FIX THIS PROBLEM THAT VIOLATES LAW HAS CAUSED PLAINTIFF DETRICK CULLUMS RIGHTS

14

TO BE VIOLATED 1-22-2011 AND VARIOUS OTHER DATES. BY THE PROBLEM MR. DART HAS AUTHORITY AND THE POWER TO FIX WHICH HE WAS NOTIFIED OF YEARS AGO AND AGAIN RECENTLY HE WAS ALSO INFORMED BY THE DOS OF HIS GAURDS EXCESSIVE FORCE AND DELIBERATE INDIFFERENCE. TOM DART WAS ALSO NOTIFIED THAT HIS JAIL IS UNSANITARY AND CONTAINED INHUMANE LIVING CONDITIONS CAUSED BY FILTH PIPE'S LEAKING WITH FECES RODENTS (MICE, ROACHES ETC.) THE CCJ HAS BEEN A DEPRIVATION OF CONSTITUTIONAL RIGHTS SINCE 1979. ~~ACCORDING TO US V COOK COUNTY~~ THE OFFICERS WILL LITERACLY LET YOU DIE AND NOT CARE. I ASK THAT THIS MALICIOUS ACTIVITY AND INHUMANE CONDUCT NOT BE OVERLOOKED. MY RIGHTS AND OTHERS RIGHTS ARE VIOLATED AND ARE BIENG VIOLATED EVERYDAY.

9 THE DEFENDENT PARTS PATTERSON UNLAWFULLY HARMED ME AND VIOLATED MY U.S. CONSTITUTIONAL RIGHTS BY DELIBERATELY DENYING PLAINTIFF MEDICAL TREATMENT WHEN PLAINTIFF PRESENTED HE VOMITED BLOOD AND CONTINUALLY VOMITED BLOOD ~~AND FOR~~ WHERE MR PATTERSON ~~REAPEI~~ REPEATIDLY DENIED PLAINTIFFS PLEADING, LITERAL BEGGING ~~AND~~ FOR HELP AND MEDICAL ATTENTION WHICH LED TO A GREAT DEAL OF PAIN AND SUFFERING FROM A DEADLY VIRAL SYNDROME KNOWN AS THE FLU OR H1N1 WHERE OFF. PATTERSON IS RESPONSIBLE FOR NOTIFYING SUPERVISORS PLAINTIFF VOMITED BLOOD AND NEEDED MEDICAL CARE OR TOOK IT UPON HIMSELF TO GET THAT HELP HIMSELF. INSTEAD MR PATTERSON INTENTIONALLY DELAYED TREATMENT AND TURNED A BLIND EYE TO PLAINTIFFS PLEADING FOR MEDICAL ATTENTION, TELLING PLAINTIFF "YOULL BE OK" AND REFRAINING FROM TAKING ANY COURSE OF PROFFESSIONAL

15

ACTION TO BRING ABOUT A RESOLUTION IN THIS MATTER. THEREFORE MR PATTERSON

IS RESPONSIBLE IN HIS OWN INDIVIDUAL LIABILITY AND CAPACITY FOR CAUSING PLAINTIFF

TO SUFFER UNECESSARY dHours AND DELIBERATE INDIFFERENCE TO AN OBJECTIVELY

SERIOUS MEDICAL NEED. MR. PATTERSON SHOULD HAVE REASONABLY INFERED THAT

VOMITING BLOOD IS NOT NORMAL AND PUTS PLAINTIFF AT A SERIOUS RISK OF HARM.

INSTEAD HE DISREGARDS IT AND HIS EXCUSE WAS HE'S NOT DOING ANY PAPER

WORK, WHICH IS HIS JOB. I ASK THAT THESE MALICIOUS UN CONSTITUTIONAL ACTIONS

NOT BE OVERLOOKED BECAUSE LAW DOES NOT CONDONE THIS ACTIVITY.

10 THE DEFENDANT MICHEAL DARCY UNLAWFULLY HARMED ME AND VIOLATED MY US.

CONSTITUTIONAL RIGHTS BY CONDONING OFF. PATTERSONS UNLAWFUL ACTIVITY AND BY

IGNORING PLAINTIFF WHEN PLAINTIFF APPRISED HIM THROUGH GRIEVANCE THAT

HE IS STILL HAVING SYMPTOMS (BASICALLY STILL SICK). DARCY'S PERSONAL SIGNATURE

ON PLAINTIFFS GRIEVANCE SHOWS THAT DARCY HAS REP'D THE PROBLEM AND WILL

DO WHAT IS IN HIS POWER TO RECTIFY THE PROBLEM (ISN'T THAT THE POINT OF

GRIEVEING AND EXHAUSTING ALL ADMIN. REMEDIES). WHICH HE SHOULD HAVE

TAKEN ACTION TO INVESTIGATE TO SEE WHAT WAS GOING ON AS SUPERVISOR,

AND HOW HE CAN MAKE THINGS RIGHT, FOR EXAMPLE EITHER MAKING SURE

PLAINTIFF RECIEVED MEDS, GOT A CHECK-UP TO SEE IF HE IS IN STABLE.

CONDITION AND/OR JUST ASKED PLAINTIFF IF HE IS OK, AFTER SHOWING

KNOWLEDGE OF PROBLEM THROUGH GRIEVANCE. THEREFORE MR. DARCY IS

RESPONSIBLE IN HIS OWN INDIVIDUAL LIABILITY AND CAPACITY AND IN

HIS OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL

NEED AND DELIBERATE INDIFF. TO A FUTURE RISK OF HARM AND FOR CONDONING

16

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

HIS SUBORDINATES ACTIONS AND DID NOT SO MUCH AS REQUIRE HIS OFFICER

TO GIVE ACCOUNT FOR HIS ACTIONS ON DISCIPLINE AND ON PLAINTIFFS

GRIEVANCE, PLAINTIFF ALSO APPRISED MR DARCY THAT CLEARLY ESTABLISHED LAW WAS VIOLATED
ON BEHALF OF MR. PATTERSON
SGT LUCAS UNLAWFULLY VIOLATED MY CONSTITUTIONAL RIGHTS AND THE CONSTITUTION

PERIOD BY SHOWING DELIBERATE INDIFFERENCE TO A FUTURE RISK OF SERIOUS HARM

AND TO A SERIOUS MEDICAL NEED. MR. LUCAS'S DUTY AS A SUPERVISORY

OFFICIAL IS ONCE A SERIOUS MEDICAL NEED IS BROUGHT TO HIS ATTENTION

ESPECIALLY ONE THATS BEEN PRESCRIBED BY A DOCTOR, HE SHOULD SEEK A REMEDY

FOR THAT MEDICAL NEED. SGT LUCAS IS NOT A DOCTOR AND WAS NOT IN

A POSITION TO SAY IF PLAINTIFF NEEDED MEDICAL ATTENTION OR NOT,

WHERE PLAINTIFF ONLY BROUGHT TO HIS KNOWLEDGE HE IS STILL VERY SICK

AND HE IS NOT GETTING HIS MEDICATION THAT A DOCTOR MANDATED

AS A SERIOUS MEDICAL NEED, HENCE THE WRITING OF THE PRESCRIPTION FOR

FLU MEDICATION. SGT LUCAS SHOULD HAVE KNOWN THAT HE WAS ACTING ILLEGALLY

BY DENYING PLAINTIFF MEDICAL ATTENTION AND WITH MALICE AND COMPLETE

DISREGARD FOR PLAINTIFFS CONDITION THREATENED HIM WITH MACE THREATENING

TO INFLICT MORE PAIN. THE CONSTITUTION DOES NOT AGENT THIS, THEREFORE SGT

LUCAS IS RESPONSIBLE IN HIS OWN INDIVIDUAL LIABILITY FOLD AND CAPACITY FOR

DELIBERATE INDIFFERENCE TO THE AFORESAID. I ASK THAT LAW BE ENFORCED FOR THESE VIOLATIONS

OF DEPENDANTS, ITS IF THEY HAVE NO RESPECT FOR DETAINEES WITH RIGHTS OR THE LAW.

17

Revised 9/2007

HON. REBECCA

APPEAL

CASE# 11C4416

Part-A / Control #: 2011 X 0612

Referred To: Cermak

☐ Processed as a request.

R2/8

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE Pt 1 0 4 ✓

Detainee Last Name: Cullum    First Name: Detrick

ID #: 2010-0216005  Div.: 1  Living Unit: D-2  Date: 2/23/2011

BRIEF SUMMARY OF THE COMPLAINT: This grievance is regarding the fact that I had the flu and wasnt given my Prescribed medication, On 1-24-2011 Despite that fact I told Plenty of sgts officers ant medical staff that came on Deck, which told me I dont handle that. So I Put in a slip to see the doctor or nurse that was supposed to give me the medication. I wasnt seen until a month later. I was suffering couldnt eat or anything Ive lost weight and was in a great teal of pain, When I was finally seen on 2-19-2011 I told them I was still having symtoms because I was never completely cured.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: I Informed officers Duksworth, Rocko, Patterson sgts. Myers, Lucas and Lt Inhof they told me to talk to officers

see additionn sheet.

ACTION THAT YOU ARE REQUESTING: officers told me talk to the sgts. I was given the run around the & only so much I can do action requesting to find out whos responsible for not giving me my medicine and y they never can do to check to see if I was ok.

DETAINEE SIGNATURE: Detrick Cullum

C.R.W.'S SIGNATURE: Bell    DATE C.R.W. RECEIVED: 3/2/11

ADMINISTRATIVE OFFICE MAR-3 PM 2:

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)    CCSAO

8

Feb-23-2011   Detrick Cullum   D-2 Div 1
ID#20100216005

The nurse that works despinsary
told me that she cant give me my medicine
because I haven't seen a doctor on 2-this
happened on 2-19-2011 but I was already
prescribed this medicine on 1-24-2011 by a
doctor in Div 8 on 3S the medical wing. therefore
I have seen a doctor. So I asked for cold
pills so I can at least feel better because
I was still having symptens. She said that
she couldnt give me those unless I came in with
my nose running, constant sneezing and coughing.
I told her that I still didnt feel well
and can she help me some way. She said
no and that I will see a doctor on 2-21-2011
monday. I never seen him, I havent been given
any attention to this matter. I feel this is
cruel and unusual because they're neglecting
my right to recieve adequate medical attention/
treatment. Thankyou

11 MAR -3 PM 3:20

ADMINISTRATIVE OFFICE

9
CCSAO

HON. REBECCA R. PALLMEYER

CASE # 4416

Part-A / Control #: 2011 X 0612

Referred To: Cermak

Emergency Grievance Non Emergency request

Page 1 of 2

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE (pt 3 of 4)

Detainee Last Name: Cullum          First Name: Detrick

ID #: 2010 - 0216005   Div.: I   Living Unit: D-2   Date: 2/20/2011

BRIEF SUMMARY OF THE COMPLAINT: This grievance is concerning the fact that I told officer Patterson that I had the Flu I was denied treatment I had to wait two days I caught the flu as a result of it being unsanitary. I was taken to cermak two days later the doctors recognized it as the flu. I was taken to division 8 so I could not effect everyone else. I was given a perscription for treatment medication which I never recieved I put in medical request slips and told officers and sgts, nothing was ever done. I was seen now a month later the nurse was suprised they never gave me my medication. I still have a severe cough, the influenza is a serious medical decease which can cause death I feel that this is cruel unusual punishment, which is a violation of my 8th ammendment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
see additional Page!
officer Patterson   officer Duksworth   Sgt myers have information

ACTION THAT YOU ARE REQUESTING:
That someone look into why I have been neglected and haven't recieved my medication

DETAINEE SIGNATURE: Detrick Cullum

C.R.W.'S SIGNATURE: Brel          DATE C.R.W. RECEIVED: 3/3/11

ADMINISTRATIVE OFFICE   2011 MAR -3 PM 3:20

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

10
CCSAO

Cullum                    Detrick
2010 0216 0005  Div  Pier
                 1    D2

Page 3 of 7

Continuation of grievance from Feb-20-2011

This is also a violation of 730 ILCS 125/18 that states Maintenance of Jail/the warden Shall keep and maintain the Jail in a clean and healthful condition. Thank you for your cooperation.

11 MAR -3 PM 3: 20
ADMINISTRATIVE OFFICE

CASE # 4416

Part – B / Control #: 2011 X 0612

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: **Cullum**   First Name: **Detrick**   ID#: **2010 - 0216005**

Is Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: **Detainee alleges a lack of medical Attention Regarding Not Recuving his medication**

C.R.W. Referred Griev. To: **Cermak**   Date Referred: **3/3/11**

Response Statement: **Referred to Patient Care Services**

**Smith** (print- name of individual responding to this griev.)   *(signature of individual responding to this griev.)*   Date: **3/29/11**   Div./Dept. **CHS**

**DARCY** (print- name of Supt. / Designee / Dept. Admin.)   *(signature of Supt. / Designee / Dept. Admin.)*   Date: **4/1/11**   Div./Dept. **Doc**

**J. Mueller** (print - name of Prog. Serv. Admin./ Asst. Admin.)   *(signature of Prog. Serv. Admin./ Asst. Admin.)*   Date: **3/29/11**

Date Detainee Received Response: **4/1/2011**   Detainee Signature: **Detrick Cullum**

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **4/1/2011**

Detainee's Basis For An Appeal: **I was subject to pain and suffering because of the inadequacy's of medical health care, I was given no answer on why I dint recieve medication. I want to make sure it doesnt happen to anyone else**

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

**Per CHS Admin, appropriate care/services have been provided**

Appeal Board's Signatures / Dates:   **Detrick Cullum**   **05-06-11**

Date Detainee Rec.'d the Appl. Bd.'s Response: **5/8/2011**   Detainee Signature: **Detrick Cullum**

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

12

CCSAO

Part-A / Control #: 2011 X 1330

Referred To: *Program Services*

☐ Processed as a request

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Cullum        First Name: Detrick

ID #: 2010-0216005   Div.: 1   Living Unit: D-2   Date: 5 / 11 / 2011

BRIEF SUMMARY OF THE COMPLAINT: I HAVENT BEEN CALLED
TO THE LAW LIBRARY IN 8 MONTHS. IVE REPEATEDLY
REQUESTED TO ATTEND THE LAW LIBRARY. I APPRISED
THE LAW LIBRARY THAT I HAD A COURT ORDER AND
THAT I HAD TO ORCHESTRATE A PRO-SE MOTION
TO BE SUBMITTED 5-6-2011. THE LAW LIBRARY IS
IMPUISANT WHEN IT COMES TO ASSISTING DETAINEE'S,
WHEN IT COMES TO RETRIEVING THE CORRECT LEGAL
DOCUMENTATIONS THATS REQUESTED AND IN HAVING ANY
KIND OF PROFFESSIONALISM OR COMMON COURTESY. I THINK PERSONAL
THE LAW LIBRARY STAFF SHOULD BE DEPLACED THEIR RUDE AND UNHELPFUL
IVE WITNESSED THEM TALK ABOUT INMATE LEGAL MATTERS AND MAKEA

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
MOCKERY OF IT. THESE ACTIONS ARE VERY UN PROFESSIONAL. PLEASE REPLACE
THEM WITH
SUFFICIENT STAFFIN

ACTION THAT YOU ARE REQUESTING:
THAT THE CURRENT STAFF/WOMEN OF THE LAW LIBRARY
BE REPLACED.

DETAINEE SIGNATURE _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 5 / 19 / 11

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

13

CCSAO

Part - B / Control #: _Lot X 1330_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Cullum    First Name: Detrick    ID# 2010-0016005

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges a denial of access to The Law Library

C.R.W. Referred Griev. To: PROG SERV    Date Referred: 5 / 19 / 11

Response Statement: R/AA REPORTS THAT DOCUMENTATION INDICATES THAT inmate was serviced 3/25 - AND scheduled For 4/7, 5/2, 5/10, but did NOT attend because of court & cermak movement. THE LAW LIBRARY IS NOT IN RECIEPT OF A court-order, please provide copy of court order AND continue to submit REQUESTS. Additionally inmate was serviced 6/3.

_____ _____ Date: 6/10/11 Div./Dept. B.
(print - name of indiv. responding to this griev.) (signature of individual responding to this griev.)

_____ - Lt Capt Tucker Date: 6/14/11 Div./Dept. 1
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Muelle _____ - _____ Date: 6 / 10 / 11
(print - name of Prog. Serv. Admin. / Asst. Admin.) (signature of Prog. Serv. Admin. / Asst. Admin.)

Date Detainee Received Response: 6 / 14 / 11    Detainee Signature: Detrick cullum

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 6 / 14 / 11

Detainee's Basis For An Appeal: DETAINEE HAS A COURT ORDER MANDATING THAT HE ATTEND LAW LIBRARY 3 TIMES A WEEK WHICH HAS NOT BEEN HAPPENING

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Original response to stand in part. Please provide copy of court order.

Appeal Board's Signatures / Dates:
R Cean    6/24/11

Date Detainee Rec'd the Appl. Bd.'s Response: 06/27/11    Detainee Signature: Mailed to IDOC

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____) (_____)

P-2

**CERMAK HEALTH SERVICES OF COOK COUNTY**     **Health Service Request Form**

Last Name: _Cullum_     First Name: _Detrick_     Division/Tier: _Div1-E2_

Date of Birth _10-10-1977_  CCDOC# _20100216005_     Inmate#_____     Date put in box: _1-26-2018_

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS.    Thank You!**

**I would like to:**
☐ Receive HIV Test or Information about HIV/AIDS
☐ Be screened for Sexually Transmitted infections  ☐ *No Symptoms*  ☐ *Discharge or Burning when I urinate*
☐ See an EYE Doctor for eyeglasses

**I have the following Dental Problem:**
☐ Toothache     ☐ Toothache and can't open mouth or swollen face
☐ Loose tooth from recent trauma  *Date of trauma* ___/___/___
☐ Other _____

**I have the following Medical or Mental Health problem:**
☒ Cold/Sore throat/Cough/Fever     ☐ Foot fungus or Jock itch     ☐ Stomach complaints
☐ Skin rash, Boil or sores  *Where on your body?*_____
☐ Trauma or Injury  *Date of injury* ___/___  *Body part injured:*_____
☒ Pain  *What part of your body is in pain?* _Head, back, throat_
☐ Women: Problems with periods (Check Box)  ☐ Heavy Bleeding  ☐ Cramps  ☐ Missed periods
☒ I would like to talk to a Mental Health Provider and I am NOT Suicidal.
☒ I am NOT getting my prescribed medication.     Name of medication: _Dont know never recieved_
     Date last received medication: ___/___/___
Other (Please describe): _I was released from 35. 2 days ago. I feel_
_flu symptoms coming back havent recieved medicine since_
_35._

**Please complete the following:** -
How long have you had the problem? (#) __3__ (days/weeks/months circle one)
Have you submitted a Health Service Request form for this problem within the past 2 weeks? ☐ Yes ☒ No

---

**STOP!!!!!     Please DO NOT write below this line**

**REFERRED TO:** ☐ CDIS  ☐ STD Clinic  ☐ Optometry  ☐ Dental  ☒ Mental Health  ☐ CCDOC/CRW
☐ Other_____
☐ Health Service Evaluation Clinic     Date: ___/___/___
☐ Primary Care Clinic     Date: ___/___/___
Comments: _PCC 11/26/10 No Show_
Signature/Title: _____  Date: ___/___/___  Time: _____ am/pm

*Patient has a future PCC appointment?* ☒ No  ☐ Yes  Date: ___/___/___

**HEALTH SERVICE EVALUATION:**
Temp _98_  Pulse Rate _68_ Resp Rate _18_ BP _131/67_ PEFR _____ Pulse Ox ____% Accu____
Notes: _States no more pain only slight dry_
_cough states no pain tyland osltamivir_
_Osltamivir never recieved per det. nec. refer to_
_pcc for med & continuation plan okay pt RN_
                                                               _Sims_
Disposition: ☐ OTC given: _____
☐ Patient education provided  ☐ F/U PRN  ☒ Primary Care Clinic F/U_2/21/11_
☐ Other: _____
Signature/Title: _____ Date: _2/17/11_ Time: _1000_

_DOCTOR MISSED_
_FOLLOW-UP_
_HE WAS_
_SCHEDULED_
_FOR AFTER_
_DIE IGNOSIS_
_OF THIS._

Reviewed by:
Signature/Title: _____  Date: ___/___/___

Form #86322 Rev March 2010 – pilot v2.1

11 FEB 6 AM 8:44

*PATIENT LABEL*

121
CCSAO

Hon. REBECCA R. PALLMEYER
CASE # 4416
P—2

 **CERMAK HEALTH SERVICES OF COOK COUNTY**    **Health Service Request Form**

Last Name: _Cullum_    First Name: _Derrick_    Division/Tier: _Div1-E2_

Date of Birth _10-10-1987_  CCDOC#_20100216005_    Inmate#_____    Date put in box: _1-26-2018_

## PLEASE TELL US ABOUT YOUR HEALTH NEEDS.    Thank You!

**I would like to:**
- ☐ Receive HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted infections  ☐ *No Symptoms*  ☐ *Discharge or Burning when I urinate*
- ☐ See an EYE Doctor for eyeglasses

**I have the following Dental Problem:**
- ☐ Toothache        ☐ Toothache and can't open mouth or swollen face
- ☐ Loose tooth from recent trauma   *Date of trauma ___/___/___*
- ☐ Other_____

**I have the following Medical or Mental Health problem:**
- ☒ Cold/Sore throat/Cough/Fever    ☐ Foot fungus or Jock itch    ☐ Stomach complaints
- ☐ Skin rash, Boil or sores   *Where on your body?:*_____
- ☐ Trauma or Injury   *Date of injury ___/___/___   Body part injured:*_____
- ☒ Pain   *What part of your body is in pain?* _Head, back, throat_
- ☐ Women: Problems with periods (Check Box)  ☐ Heavy Bleeding   ☐ Cramps   ☐ Missed periods
- ☐ I would like to talk to a Mental Health Provider and I am NOT Suicidal.
- ☒ I am NOT getting my prescribed medication.   Name of medication: _Dont know never received_
                                                 Date last received medication: ___/___/___
- Other (Please describe): _I was released from 3S 2 days ago. I feel_
  _flu symptoms coming back havent recieved medicine since_
  _3S._

**Please complete the following:**
How long have you had the problem? (#)___ _3_ ___ (days)/weeks/months (circle one)
Have you submitted a Health Service Request form for this problem within the past 2 weeks?  ☐ Yes  ☒ No

---

### STOP!!!!!    Please DO NOT write below this line

**REFERRED TO:**  ☐ CDIS  ☐ STD Clinic · ☐ Optometry  ☐ Dental  ☐ Mental Health  ☐ CCDOC/CRW
  ☐ Other_____
  ☐ Health Service Evaluation Clinic    Date: ___/___/___
  ☐ Primary Care Clinic        Date: ___/___/___
Comments:___ _PCC 11/26/10  No Show_ _____
Signature/Title:_____ Date: ___/___/___  Time:_____am/pm

*Patient has a future PCC appointment?* ☒ No   ☐ Yes   Date: ___/___/___

**HEALTH SERVICE EVALUATION:**
Temp _98_  Pulse Rate _68_ Resp Rate _18_ BP _131/67_ PEFR _9.9_  Pulse Ox ___% Accu___
Notes: _states sore no pain only slight dry_
_cough states viral illness OTC_
_Oseltamivir never recieved per date ver. refer to_
_PCC for man discontinuation plan okay pt RTA_
_Sims_
Disposition: ☐ OTC given:_____
  ☐ Patient education provided  ☐ F/U PRN  ☒ Primary Care Clinic F/U _2/21/11_
  ☐ Other:_____
Signature/Title:_____ Date:_02/14/11_ Time: _1000_

Reviewed by:
Signature/Title:_____ Date: ___/___/___

Form #86322 Rev March 2010 – pilot v2.1

DOCTOR MISSED
FOLLOW-UP
HE WAS
SCHEDULED
FOR AFTER
SEE GNOTES
OF THIS.

||||||| CMS86322 |||||||

PATIENT LABEL

121
CCSAO

Medical Infirmary                                    CULLUM, DETRICK - 00606916z

* Final Report *

| | |
|---|---|
| Result Type: | Medical Infirmary |
| Result Date: | January 24, 2011 12:38 |
| Result Status: | Auth (Verified) |
| Result Title: | 3s admit/dc |
| Performed By: | DE FUNIAK, ANDREW on January 24, 2011 12:40 |
| Verified By: | DE FUNIAK, ANDREW on January 24, 2011 12:40 |
| Encounter info: | 20100216005, CHS, Visit CHS, 2/16/2010 - 6/24/2011 |

## * Final Report *

23 yo man admittd 1/22 with c/o fver, body aches, HA, temp of 102.7 in ER. Pt states since Sat night has felt much better. No further f/c.
good appetite, no complaints today.

PMH: none
meds: none normally. tamiflu started 1/22

VS 98.8 (afebrile since admit) 71 18 125/80
gen nad
op moist
neck supple
lungs ctab
cvs rrr, s1s2, no m
abd soft nt/nd

AP ILI - pt doing well
Can dc tonight if afebrile
cont tamiflu course

*[handwritten]* DIV 8 MEDICAL
DR SAID I CAN LEAVE ONLY IF I CONTINUE TAMIFLU COURSE
WAS NOT SUPPOSED TO LEAVE IF I WAS NOT GOING TO RECIEVE
THAT TREATMENT

## Signature Line
Electronically Authored On: 24-JAN-11 12:40
Electronically Signed By: DE FUNIAK, ANDREW
CHS - Med/Surg - Physician
PAGER BUS: 312 689 1120

## Completed Action List:
* Perform by DE FUNIAK, ANDREW on January 24, 2011 12:40
* Sign by DE FUNIAK, ANDREW on January 24, 2011 12:40

| | | |
|---|---|---|
| Printed by: | JOHNSON, NATALIE | Page 1 of 2 |
| Printed on: | 9/14/2011 10:16 | (Continued) |

**Medical Infirmary**                                    CULLUM, DETRICK - 00606916z

* Final Report *

*HON REBECCA R. PALLMEYER*
*CASE # 4416*

Result Type:        Medical Infirmary
Result Date:        January 24, 2011 12:38
Result Status:      Auth (Verified)
Result Title:       3s admit/dc
Performed By:       DE FUNIAK, ANDREW on January 24, 2011 12:40
Verified By:        DE FUNIAK, ANDREW on January 24, 2011 12:40
Encounter info:     20100216005, CHS, Visit CHS, 2/16/2010 - 6/24/2011

## * Final Report *

23 yo man admittd 1/22 with c/o fver, body aches, HA, temp of 102.7 in ER. Pt states since Sat night has felt much better. No further f/c.
good appetite, no complaints today.

PMH: none
meds: none normally. tamiflu started 1/22

VS 98.8 (afebrile since admit) 71 18 125/80
gen nad
op moist
neck supple
lungs ctab
cvs rrr, s1s2, no m
abd soft nt/nd

AP ILI - pt doing well
Can dc tonight if afebrile
cont tamiflu course

*DIV 8 MEDICAL*
*DR SAID I CAN LEAVE ONLY IF I CONTINUE TAMIFLU COURSE WAS NOT SUPPOSED TO LEAVE IF I WAS NOT GOING TO RECIEVE THAT TREATMENT*

**Signature Line**
Electronically Authored On:  24-JAN-11 12:40
Electronically Signed By: DE FUNIAK, ANDREW
CHS - Med/Surg - Physician
PAGER BUS: 312 689 1120

**Completed Action List:**
* Perform by DE FUNIAK, ANDREW on January 24, 2011 12:40
* Sign by DE FUNIAK, ANDREW on January 24, 2011 12:40

Printed by:      JOHNSON, NATALIE                          Page 1 of 2
Printed on:      9/14/2011 10:16                           (Continued)

144
CCSAO

Patient Name: CULLUM, DETRICK
Birth Date: 10/10/1987

MRN: 00606916z
FIN: 20100216005

### SCHEDULED MEDS

---

**diphenhydramine 25 mg Cap UD(diphenhydrAMINE)  1 CAP = 25 MG**
25 MG, Cap, PO, TID, 01/23/11 13:00:00, 5 DAYS, 01/28/11 9:00:00
Scheduled: 0900 1300 1700
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

                    (Order Id = 549709116.00)

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Completed | | | 01/28/11 09:01 | |

Performed bySYSTEM

---

**ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG**
600 MG, Tab, PO, TID, 01/23/11 10:00:00, 5 DAYS, 01/28/11 4:00:00
Scheduled: 0400 1000 1600
  **Product Note:** AS NEEDED
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

                    (Order Id = 549709081.00)

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Completed | | | 01/28/11 04:00 | |

Performed bySYSTEM

---

**ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG**
600 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/19/11 21:00:00, 2 WEEK, 06/02/11 9:00:00
  Order Entered By: ALI, NAGIB
  Pharmacist: PATEL, VITTHALBHAI accepted on 05/19/11 18:49

                    (Order Id = 596771847.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|

---

**ibuprofen 600 mg Tab (KOP)(ibuprofen)  1 TAB = 600 MG**
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/19/11 21:00:00, 2 WEEK, 06/02/11 9:00:00
  Order Modified/Verified By: PATEL, VITTHALBHAI

                    (Order Id = 596771847.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|
| Discontinue | | 05/31/11 20:01 | |

Performed byMANSOUR MD, MOHAMMED

---

**ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG**
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/31/11 21:00:00, 2 WEEK, 06/14/11 9:00:00
  Order Entered By: MANSOUR MD, MOHAMMED
  Pharmacist: PATEL, AEKTA accepted on 05/31/11 20:09

                    (Order Id = 601380493.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|

---

**ibuprofen 600 mg Tab (KOP)(ibuprofen)  1 TAB = 600 MG**
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/31/11 21:00:00, 2 WEEK, 06/14/11 9:00:00
  Order Modified/Verified By: PATEL, AEKTA

                    (Order Id = 601380493.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|
| Completed | | 06/14/11 09:00 | |

Performed bySYSTEM

---

**oseltamivir 75 mg Cap(oseltamivir)  1 CAP = 75 MG**
75 MG, Cap, PO, BID, 01/23/11 17:00:00
Scheduled: 0900 1700
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

                    (Order Id = 549709066.00)

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Discontinue | | | 05/19/11 18:51 | |

Performed byPATEL, VITTHALBHAI

*[Handwritten annotation:]* DISCONTINUED FLU MEDICATION OTHER MEDICINE APART FROM THIS EVENT WERE COMPLETE IF FLU MEDICATION WERE COMPLETE IT WOULD STATE COMPLETE

156
CCHS
CCSAO

HON. REBECCA R. PALLMEYER

CASE # 11C4416

Patient Name: CULLUM, DETRICK
Birth Date: 10/10/1987

MRN: 00606916z
FIN: 20100216005

### SCHEDULED MEDS

diphenhydramine 25 mg Cap UD(diphenhydrAMINE)  1 CAP = 25 MG
25 MG, Cap, PO, TID, 01/23/11 13:00:00, 5 DAYS, 01/28/11 9:00:00
Scheduled: 0900 1300 1700
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

(Order Id = 549709116.00)

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Completed | | | 01/28/11 09:01 | |

Performed bySYSTEM

---

ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG
600 MG, Tab, PO, TID with meals, 01/23/11 10:00:00, 5 DAYS, 01/28/11 4:00:00
Scheduled: 0400 1000 1600
  Product Note: AS NEEDED
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

(Order Id = 549709081.00)

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Completed | | | 01/28/11 04:00 | |

Performed bySYSTEM

---

ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG
600 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/19/11 21:00:00, 2 WEEK, 06/02/11 9:00:00
  Order Entered By: ALI, NAGIB
  Pharmacist: PATEL, VITTHALBHAI accepted on 05/19/11 18:49

(Order Id = 596771847.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|

---

Ibuprofen 600 mg Tab (KOP)(ibuprofen)  1 TAB = 600 MG
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/19/11 21:00:00, 2 WEEK, 06/02/11 9:00:00
  Order Modified/Verified By: PATEL, VITTHALBHAI

(Order Id = 596771847.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|
| Discontinue | 05/31/11 20:01 | | |

Performed byMANSOUR MD, MOHAMMED

---

ibuprofen 600 mg Tab UD(ibuprofen)  1 TAB = 600 MG
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/31/11 21:00:00, 2 WEEK, 06/14/11 9:00:00
  Order Entered By: MANSOUR MD, MOHAMMED
  Pharmacist: PATEL, AEKTA accepted on 05/31/11 20:09

(Order Id = 601380493.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|

---

ibuprofen 600 mg Tab (KOP)(ibuprofen)  1 TAB = 600 MG
600 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 05/31/11 21:00:00, 2 WEEK, 06/14/11 9:00:00
  Order Modified/Verified By: PATEL, AEKTA

(Order Id = 601380493.00)

| ACTION(S) | CHARTED AT | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|
| Completed | 06/14/11 09:00 | | |

Performed bySYSTEM

---

oseltamivir 75 mg Cap(oseltamivir)  1 CAP = 75 MG
75 MG, Cap, PO, BID, 01/23/11 17:00:00
Scheduled: 0900 1700
  Order Entered By: SANTIVANEZ, LUZ
  Pharmacist: XIONG-CHAN, KAREN accepted on 01/23/11 10:53

(Order Id = 549709066.80)

DISCONTINUED FLU MEDICATION
OTHER MEDICINE APART FROM THIS
EVENT WERE COMPLETE
IF FLU MEDICATION WERE
COMPLETE IT WOULD STATE
COMPLETE

| ACTION(S) | CHARTED AT | SCHEDULED | ADMIN TIME(S) | ADMIN DETAIL(S) |
|---|---|---|---|---|
| Discontinue | | | 05/19/11 18:51 | |

Performed byPATEL, VITTHALBHAI

156
by CHS
CCSAO

*HAND-REBECCA R.PAULAEX*

*CASE #11C 4416*

### Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612
**Toni Preckwinkle - President, Board of Cook County Commissioners**
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

| | | |
|---|---|---|
| Patient Name: CULLUM, DETRICK | Admission Date: 2/16/2010 | MRN: 00606916z |
| Birth Date: 10/10/1987 | Discharge Date: 6/24/2011 | FIN: 20100216005 |
| Gender: Male | | |

## Orders

| Order Date/Time:: | 2/16/2010 1:16:15 PM | |
|---|---|---|
| **Order Name::** | Chest Screening | |
| **Order Action:** | **Ordering Dr:** | |
| Complete | SYSTEM | |
| Status Change | SYSTEM | |
| Order | SYSTEM | |
| | Intake Rad Order per Dr. Puisus | *THIS IS DATE* |
| | Order Details:: Routine, 02/16/10 13:16:15, Ambulatory | *THEY FINALLY* |

| Order Date/Time:: | 1/23/2011 9:55:06 AM | Discontinued Date/Time: | 5/19/2011 6:51:18 PM |
|---|---|---|---|
| **Order Name::** | oseltamivir 75 mg Cap | | *REALIZED* |
| **Order Action:** | **Ordering Dr:** | *DR THAT ORDERED MEDICATION* | *I DID* |
| Discontinue | YU DO, YAN K | *NURSE STATED THAT MEDICINE WAS NOT I GIVE* | *NOT* |
| Order | YU DO, YAN K | *THIS IS DR WHO WAS RESPONSIBLE FOR MAKING SURE RECIEVE* | |
| | Order Details:: 75 MG, Cap, PO, BID, 01/23/11 17:00:00 | *MEDICATION GOT THERE* | *MEDICAL* |

| Order Date/Time:: | 1/23/2011 9:55:06 AM | |
|---|---|---|
| **Order Name::** | ibuprofen 600 mg Tab UD | |
| **Order Action:** | **Ordering Dr:** | |
| Status Change | YU DO, YAN K | |
| Order | YU DO, YAN K | |
| | Order Details:: 600 MG, Tab, PO, TID with meals, 01/23/11 10:00:00, 5 DAYS, 01/28/11 4:00:00 | |

| Order Date/Time:: | 1/23/2011 9:55:06 AM | |
|---|---|---|
| **Order Name::** | diphenhydramine 25 mg Cap UD | |
| **Order Action:** | **Ordering Dr:** | |
| Status Change | YU DO, YAN K | |
| Order | YU DO, YAN K | |
| | Order Details:: 25 MG, Cap, PO, TID, 01/23/11 13:00:00, 5 DAYS, 01/28/11 9:00:00 | |

| Order Date/Time:: | 4/6/2011 1:00:44 PM | |
|---|---|---|
| **Order Name::** | Follow Up to Primary Care | |
| **Order Action:** | **Ordering Dr:** | |
| Cancel | BAKER, TERRANCE | |
| Modify | BAKER, TERRANCE | |
| | Order Details:: Routine, 07/07/11 8:30:00 | |
| Modify | BAKER, TERRANCE | |

Page Number: 5 of 28

Facility: CHS

CONFIDENTIAL -- If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

158

CCSAO



**Cook County Health and Hospitals System**
1900 West Polk Street, Chicago, Illinois 60612
**Toni Preckwinkle - President, Board of Cook County Commissioners**
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |
| John H. Stroger, Jr. Hospital of Cook County | |

---

| | | |
|---|---|---|
| Patient Name: CULLUM, DETRICK | Admission Date: 2/16/2010 | MRN: 00606916z |
| Birth Date: 10/10/1987 | Discharge Date: 6/24/2011 | FIN: 20100216005 |
| Gender: Male | | |

---

## Orders

| Order Date/Time:: | 2/16/2010 1:16:15 PM |
|---|---|
| Order Name:: | Chest Screening |

**Order Action:** Complete
**Status Change**
**Order**

**Ordering Dr:** SYSTEM
SYSTEM
SYSTEM
Intake Rad Order per Dr. Puisus
**Order Details::** Routine, 02/16/10 13:16:15, Ambulatory

*THIS IS DATE THEY FINALLY*

| Order Date/Time:: | 1/23/2011 9:55:06 AM | Discontinued Date/Time: | 5/19/2011 6:51:18 PM |
|---|---|---|---|
| Order Name:: | oseltamivir 75 mg Cap | | |

**Order Action:** Discontinue
**Order**

**Ordering Dr:** YU DO, YAN K
YU DO, YAN K
**Order Details::** 75 MG, Cap, PO, BID, 01/23/11 17:00:00

*DR THAT ORDERED MEDICATION*
*NURSE STATED THAT MEDICINE WAS NOT I DIV !*
*THIS IS DR WHO WAS RESPONSIBLE FOR MAKING SURE*
*MEDICATION GOT THERE*

*REALIZED I DID NOT RECEIVE MEDS*

| Order Date/Time:: | 1/23/2011 9:55:06 AM |
|---|---|
| Order Name:: | ibuprofen 600 mg Tab UD |

**Order Action:** Status Change
**Order**

**Ordering Dr:** YU DO, YAN K
YU DO, YAN K
**Order Details::** 600 MG, Tab, PO, TID with meals, 01/23/11 10:00:00, 5 DAYS, 01/28/11 4:00:00

| Order Date/Time:: | 1/23/2011 9:55:06 AM |
|---|---|
| Order Name:: | diphenhydramine 25 mg Cap UD |

**Order Action:** Status Change
**Order**

**Ordering Dr:** YU DO, YAN K
YU DO, YAN K
**Order Details::** 25 MG, Cap, PO, TID, 01/23/11 13:00:00, 5 DAYS, 01/28/11 9:00:00

| Order Date/Time:: | 4/6/2011 1:00:44 PM |
|---|---|
| Order Name:: | Follow Up to Primary Care |

**Order Action:** Cancel
Modify

Modify

**Ordering Dr:** BAKER, TERRANCE
BAKER, TERRANCE
**Order Details::** Routine, 07/07/11 8:30:00
BAKER, TERRANCE

Page Number: 5 of 28

Facility: CHS

CONFIDENTIAL -- If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

158
CCSAO

# MEDICATION ADMINISTRATION RECORD
## CERMAK HEALTH SERVICES OF COOK COUNTY

CCSAO 173

Month/Year: 1/11

| MEDICATION | IN | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Janytce 25mg BID X 5 days

1/22/11 – 1/27/11

Motrin 600mg TID x 5 days

1/23/11 – 1/29/11

Benadryl 25mg TID x 5 days

1/23/11 – 1/29/11

IF ANY OF THESE MEDICATIONS
WERE RECEIVED I WOULD HAVE
HAD TO SIGN MY SIGNATURE IT
BEING ABSENT SHOWS I DID NOT RECEIVE
THESE MEDICINES

Blood Pressure / Pulse

INJECTION SITE CODES: 1. Left Buttocks  2. Right Buttocks  3. Left Deltoid  4. Right Deltoid  5. Left Thigh  6. Right Thigh

HON. REBECCA R. PALLMEYER
CASE # 11 C 4416

ALLERGIES: NKA

DoC Number:

= Med Given
= Refused (Obtain Refusal Form)
= Court
= No Med Available
= Hold
= Discontinued
= Not Present

Initial & Circle

Reviewed

PN= CULLUM, DETRICK
DOB–10/10/87  Age– 23  FC– 02/16/10

Date of Birth

Location